# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD FOSTER JR., <br><br> Plaintiff, <br><br> v. <br><br> DIVISION OF ADULT PAROLE OPERATIONS, et al., <br><br> Defendants. | Case No. 1:19-cv-00987-LJO-SAB <br><br> ORDER VACATING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT <br><br> (ECF Nos. 10, 11) <br><br> DEADLINE: NOVEMBER 1, 2019 |

Floyd Foster Jr. ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action pursuant to 42 U.S.C. § 1983. On August 28, 2019, an order was filed granting Plaintiff leave to file a second amended complaint. Plaintiff's second amended complaint was due within thirty days. Plaintiff did not file an amended complaint in compliance with the Court's order. On October 3, 2019, findings and recommendations were filed recommending dismissing the action for failure to comply and failure, failure to prosecute, and failure to state a claim.

Plaintiff filed an objection to the findings and recommendations stating that due to being moved to a different prison he did not receive the order granting leave to file an amended complaint until September 17, 2019. He requests an extension of time until November 1, 2019, to file his second amended complaint.

Based on Plaintiff's objection, the Court shall vacate the findings and recommendations

1

and grant Plaintiff's request for an extension of time. However, Plaintiff is advised that in the future any request for an extension of time must be made prior to the deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on October 3, 2019 is VACATED;
2. Plaintiff SHALL FILE a second amended complaint on or before November 1, 2019; and
3. Failure to file a second amended complaint in compliance with this order will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: __**October 17, 2019**__

UNITED STATES MAGISTRATE JUDGE